JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, | Case No.: 2:22-cv-00732-MWF (PVCx) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| MUSTARD SEED INVESTORS, LLC, a California limited liability company; and Does 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Mustard Seed Investors LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 11, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge